



## MEMORANDUM OPINION

No. 04-11-00194-CV

**IN RE SANTIKOS LEGACY, LTD.**

Original Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                    Sandee Bryan Marion, Justice
                    Steven C. Hilbig, Justice

Delivered and Filed:  March 23, 2011

PETITION FOR WRIT OF INJUNCTION DENIED

On March 11, 2011, relator filed a petition for writ of injunction. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-17452, styled *Dragon Fish, LLC d/b/a Motif Modern Living, et al. v. Santikos Legacy, Ltd. et al. v. C. Hodges & Assocs., PLLC d/b/a Hodges & Associates, et al.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding. However, the order complained of was signed by the Honorable David Peeples, presiding judge of the Fourth Administrative Judicial Region.